**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number: **2023 CA 1259**

Verida, Inc. f/k/a Southeastrans, Inc.

Versus

State of Louisiana, Division of Administration, Jay
Dardenne, in his official capacity as Commissioner of
Division of Administration, State of Louisiana, Department
of Health, State of Louisiana, Office of State Procurement

19th Judicial District Court
Case No.: 722412
East Baton Rouge Parish

On Application for Rehearing filed on 06/17/2024 by Verida, Inc. f/k/a Southeastrans, Inc.

Rehearing _Denied_

Chief Judge John Michael Guidry

Judge Wayne Ray Chutz

Judge Walter I. Lanier III by

Date **JUN 2 7 2024**

Rodd Naquin, Clerk